Opinion filed July 12, 2012

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-12-00072-CR

                                                    __________

 

                               JUDY
GARNER PATTEN, Appellant

 

                                                             V.

 

                                      STATE
OF TEXAS, Appellee



 

                                    On
Appeal from the 29th District Court

                                                         Palo
Pinto County, Texas

                                                      Trial
Court Cause No. 13583

 



 

                                            M
E M O R A N D U M    O P I N I O N

            Judy
Garner Patten has filed in this court a motion to dismiss her appeal.  Pursuant
to Tex. R. App. P. 42.2, the
motion is signed by both appellant and her counsel.

The
motion is granted, and the appeal is dismissed.

 

                                                                                                PER
CURIAM                                   

 

July 12, 2012

Do not publish. 
See Tex. R. App. P.
47.2(b).

Panel consists of: Wright, C.J.,

McCall, J., and Kalenak, J.